## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUKMINI CALLIMACHI,** | ) |
| 620 Eighth Avenue, 3rd Floor, | ) |
| New York, NY 10036 | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **NATIONAL ARCHIVES** | ) |
| **AND RECORDS ADMINISTRATION,** | ) |
| 8601 Adelphi Road, Room 5210 | ) |
| College Park, MD 20740-6001 | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

1.   Plaintiff, RUKMINI CALLIMACHI, brings this Freedom of Information Act suit to force Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") to produce various historical records pertaining to the Romanian Revolution of 1989, President George H.W. Bush's meeting with Mikhail Gorbachev at the Malta Summit in 1989, and Nicolae Ceauşescu, the leader of Communist Romania, who was overthrown in 1989.  CALLIMACHI submitted her requests to the George H.W. Bush Presidential Library, which is managed by NARA.

## PARTIES

2.    Plaintiff RUKMINI CALLIMACHI, an international investigative reporter for *The New York Times,* is a four-time Pulitzer Prize Finalist and the winner of numerous journalism awards.  Her podcast "Caliphate" won the 2019 Peabody Award.  In addition to her work for *The New York Times*, she is writing a memoir for Random House. CALLIMACHI made the FOIA requests at issue in this case.

3.      Defendant NATIONAL ARCHIVES AND RECORDS ADMINISTRATION ("NARA") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552. NARA is the parent agency of the George H.W. Bush Presidential Library.  At all sections relevant in this complaint, NARA encompasses the George H.W. Bush Presidential Library and the Office of the General Counsel.

## JURISDICTION AND VENUE

4.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## FEBRUARY 24, 2020, FIRST FOIA REQUEST (1989 REVOLUTION)

6.      On February 24, 2020, CALLIMACHI submitted a FOIA request to the George H.W. Bush Presidential Library for various records regarding the 1989 revolution in Romania, which brought about the overthrow of dictator Nicolae Ceaușescu.  Exhibit A.

7.      On February 26, 2020, NARA assigned reference number 2020-0560-F to the matter and responded that a preliminary search "revealed approximately 3,492 [pages] responsive" to the request.  Of these 3,492 pages, NARA claimed that "approximately 2,010 pages" are restricted from access in whole or in part pursuant to 5 U.S.C. §§ 552(b)(1), (b)(3), and (b)(6).  It stated that the remaining 1,392 are available, in whole or in part.  Exhibit B.

8.      In that same response, NARA stated that it also identified "approximately 2,472 pages of potentially responsive records that must be processed" in order to respond to the request.  Exhibit B.

9.      On April 14, 2020, CALLIMACHI appealed and asked for the declassification of the 2,010 pages.  Exhibit C.

10.     On April 14, 2020, NARA sent an automated message informing CALLIMACHI that she "may experience a delay in receiving an initial acknowledgement as well as a substantive response" due to the COVID-19 pandemic.  Exhibit D.

11.     On April 16, 2020, NARA suggested that CALLIMACHI pursue a Mandatory Declassification Review ("MDR"), which CALLIMACHI has declined to do, instead seeking release under FOIA.  Exhibit E.

12.     On May 13, 2020, NARA assigned new reference numbers: 2020-0674-A to the request and NGC20-042A to the appeal.  Exhibit F.

13.     On July 23, 2020, CALLIMACHI asked NARA to clarify its earlier statement from the April 16, 2020 email, which stated it cannot "continue with this request until we are back in the office."  Exhibit G at 1.

14.     On July 27, 2020, NARA stated that the George H.W. Bush Library continues to be closed due to COVID-19 and cannot "gather the relevant documents, as this cannot take place remotely."  Exhibit G at 2.

15.     As of the date of this filing, NARA has not issued its determination on the appeal and has produced no records responsive to the request.

16.     While CALLIMACHI is sympathetic to NARA's situation, it has now had many months to develop alternative strategies to ensure compliance with its obligations under FOIA.

**FEBRUARY 24, 2020, SECOND FOIA REQUEST (MALTA SUMMIT)**

17.     On February 24, 2020, CALLIMACHI submitted a FOIA request to the George H.W. Bush Presidential Library for various records pertaining to President George H.W. Bush's meeting with Mikhail Gorbachev at the Malta Summit on December 2-3, 1989.  Exhibit H.

18.     On February 25, 2020, NARA assigned reference number 2020-0557-F to the matter and responded that a preliminary search "revealed approximately 8,516 responsive" to the

request that are publicly available.  Of these 8,516 pages, NARA claimed that "approximately 3,694 pages" are restricted from access in whole or in part pursuant to 5 U.S.C. §§ 552(b)(1) (b)(2), (b)(3), (b)(6) and (b)(7).  It stated the remaining 4,829 pages are available, in whole or in part.  Exhibit I.

19.     In that same response, NARA stated that it also identified "approximately 12 pages of potentially responsive records that must be processed" in order to respond to the request.  Exhibit I.

20.     On April 14, 2020, CALLIMACHI appealed and asked for the declassification of the 3,694 pages.  Exhibit J.

21.     On April 16, 2020, NARA suggested that CALLIMACHI pursue a Mandatory Declassification Review ("MDR"), which CALLIMACHI has declined to do, instead seeking release under FOIA.  Exhibit E.

22.     On May 13, 2020, NARA assigned new reference numbers: 2020-0673-A to the request and NGC20-041A to the appeal.  Exhibit K.

23.     On July 23, 2020, CALLIMACHI asked NARA to clarify its earlier statement from the April 16, 2020 email, which stated it cannot "continue with this request until we are back in the office."  Exhibit G at 1.

24.     On July 27, 2020, NARA stated that the George H.W. Bush Library continues to be closed due to COVID-19 and cannot "gather the relevant documents, as this cannot take place remotely."  Exhibit G at 2.

25.     As of the date of this filing, NARA has not issued its determination on the appeal and has produced no records responsive to the request.

26.     While CALLIMACHI is sympathetic to NARA's situation, it has now had many months to develop alternative strategies to ensure compliance with its obligations under FOIA.

**FEBRUARY 24, 2020, THIRD FOIA REQUEST (CEAUȘESCU)**

27.     On February 24, 2020, CALLIMACHI submitted a FOIA request to the George H.W. Bush Presidential Library for various records pertaining to Nicolae Ceaușescu, the leader of Communist Romania, who was overthrown in 1989.  Exhibit L.

28.     On February 25, 2020, NARA acknowledged that it received the request.  Exhibit M.

29.     On February 25, 2020, NARA assigned reference number 2020-0555-F to the matter.  Exhibit N.

30.     In the letter, NARA stated that preliminary search revealed approximately 60 records responsive to the request that are publicly available.  In the letter, NARA included that it identified "approximately 18 pages of potentially responsive records that must be processed" in order to respond to the request.  Exhibit N.

31.     NARA did not issue a "determination," as that term is used in the FOIA statute, or include any language regarding appeal

32.     On April 14, 2020, CALLIMACHI sought the status of the request, but NARA never responded.  Exhibit O.

33.     As of the date of this filing, NARA has not issued a determination and has produced no records responsive to the request.

**COUNT I –FOIA VIOLATIONS**

34.     The above paragraphs are incorporated herein.

35.     NARA is a federal agency and is subject to FOIA.

36.     The requested records are not exempt under FOIA.

37.     NARA has failed to produce the requested materials in a timely manner, failed to rule on an appeal in a timely manner, and/or failed to issue any determination.

**WHEREFORE**, CALLIMACHI asks the Court to:

i.      declare that NARA has violated FOIA;

ii.     order NARA to conduct a reasonable search for records and to produce the requested records promptly;

iii.    enjoin NARA from withholding non-exempt public records under FOIA;

ii.     award CALLIMACHI attorneys' fees and costs; and

iii.    award such other relief the Court considers appropriate.


Dated: August 11, 2020

RESPECTFULLY SUBMITTED,

/s/ *Matthew V. Topic*

Attorney for Plaintiffs
RUKMINI CALLIMACHI

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com