UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUKMINI CALLIMACHI,<br><br>    *Plaintiff*,<br><br>v.<br><br>NATIONAL ARCHIVES AND RECORDS ADMINISTRATION,<br><br>    *Defendant*. | Civ. A. No. 20-2199 (JEB) |

# JOINT STATUS REPORT

The parties, by and through counsel, file this Joint Status Report pursuant to the Court's Minute Order dated October 13, 2020. This is a Freedom of Information Act ("FOIA") matter involving three separate FOIA requests that Plaintiff filed with the George H.W. Bush Presidential Library (hereinafter, the "Library").

Defendant National Archives and Records Administration ("Defendant") reports as follows on the status of the three FOIA requests. As further explained below, the Library issued a final response on the third FOIA request, but its processing of the first and second requests is still ongoing. With respect to the first and second requests, a substantial number of records still require further review for both potential responsive and potential release under FOIA before final determinations can be made and final responses can be issued.

    **A.**    **First FOIA Request: 1989 Revolution**

Plaintiff's First FOIA Request dated February 24, 2020 (assigned reference number 2020-560-F) sought records regarding the 1989 revolution in Romania that brought about the overthrow of dictator Nicolae Ceaușescu." Compl. ¶¶ 6-7.

As previously reported, the Library has two sets of records that will need to be reviewed in connection with the First FOIA Request. The first is a set of previously processed material, a large part of which was withheld pursuant to FOIA Exemption (b)(1). This first set consists of approximately 2,010 pages. The second group of records need to be reviewed for potential responsiveness and then processed for potential release under FOIA. The Library estimates that this second set contains approximately 2,472 pages of records. Defendant expects that a large portion of pages responsive to the first request will need to be sent to other agencies for consultation as they contain or are likely to contain previously classified information.

Defendant further explains the status of the Library's review of the outstanding records for the First Request in Section D below. Based on information currently available to the Library's reviewers, Defendant is unable provide a more detailed breakdown on the number of pages pulled or reviewed that pertain specifically to the First Request.

### B. Second FOIA Request: Malta Summit

Plaintiff's Second FOIA Request dated February 24, 2020 (assigned reference number 2020-0557-F), sought records pertaining to President George H.W. Bush's meeting with Mikhail Gorbachev at the Malta Summit on December 2-3, 1989. Compl. ¶¶ 17-18.

As previously reported, the Library identified two sets of records that need to be reviewed for the Second FOIA Request. The first is a set of previously processed material, a large part of which was withheld pursuant to FOIA Exemption (b)(1). This first set consists of approximately 3,694 pages.

The second group of records need to be reviewed for potential responsiveness and then, if deemed responsive, further processed for potential release under FOIA. As previously reported, the Library had estimate that this second group of records comprised approximately 12 pages.

The Library has confirmed that only 8 out of the 12 potentially responsive pages are in fact responsive. Further processing for potential release is still outstanding and the Library is unable to provide a date when a response as to those records can be completed. Defendant expects that a large portion of pages responsive to the second request will need to be sent to other agencies for consultation as they contain or are likely to contain previously classified information.

Defendant further explains the status of the Library's review of the outstanding records for the Second Request in Section D below. Based on information currently available to the Library's reviewers, Defendant is unable provide a more detailed breakdown on the number of pages pulled or reviewed that pertain specifically to the First Request.

### C. Third FOIA Request: Nicolae Ceaușescu

Plaintiff's third FOIA Request dated February 24, 2020 (assigned reference number 2020-0555-F), sought Library records pertaining to Nicolae Ceaușescu. Compl. ¶¶ 27-29. The Library completed processing potentially responsible records and issued a final response on October 14, 2020. In its final response, the Library stated that it identified only three pages of responsive records that it had not already processed. The Library determined that all three pages could be released in full.

### D. Outstanding Processing on the First and Second Requests

With regard to the records outstanding for the First and Second Requests, as described more fully above and in Defendant's previous filing, the Library has started the process of pulling the previously processed records in order to review them for potential release.

In the parties' last joint filing, Defendant estimated that there are approximately 8,188 potentially responsive pages that need to either be re-reviewed or processed in the first instance. For the previously processed material, it is possible that some of the records have been declassified or can be declassified based on waivers provided since the last time the material was

3

processed.  However, each document will need to be reviewed and cross-checked with other files to make that determination of whether it can be released or will need to be sent out for consultation on the (b)(1) exemptions.  This is a time-intensive process and as further explained below, the Library's ongoing review has been hamstrung by the global pandemic.

To date, the Library has pulled 193 folders.  Depending on the type of file type, a single folder can contain up to 100 pages of records.  Of note, the Library's process has been slowed due to the limited number of staff available and the administrative burden of locating the record in the system, creating placeholder markers to identify the location of the pulled records within the larger file, and physically pulling the records from the archival stack locations.  Although the Library had entered Phase 2 on November 16, 2020, as of today, the Library's status has regressed to Phase 1 due to deteriorating local health conditions.  The Library's production continues to be limited in accordance with the guidelines for number of staff and number of hours a staff member can be onsite on a given day and the fact that staff availability is determined on a voluntary basis.  Defendant proposes that the Library continue its review with the goal of processing 100 to 200 pages per month, with an average of roughly 150 pages per month.

Under the Court's previous Minute Order, the parties' next joint status report is due on or before February 12, 2021.

Dated:  December 14, 2020

 /s/ *Matthew V. Topic*

*Attorney for Plaintiff*
RUKMINI CALLIMACHI

Matthew Topic, D.C. Bar No. IL 0037
Joshua Burday, D.C. Bar No. IL 0042
Merrick Wayne, D.C. Bar No. IL 0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Daniel P. Schaefer*
DANIEL P. SCHAEFER
D.C. Bar No. 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov

*Counsel for Defendant*